```
                UNITED STATES DISTRICT COURT

                 EASTERN DISTRICT OF CALIFORNIA
```

FILED
JUL - 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

In Re: Application for an Order         )
Authorizing the Use of a Pen            )
Register Device, Trap and Trace         )  No. 2:07-sw-00116 EFB
Device, Dialed Number                   )
Interceptor, Number Search              )
Device, and Caller Identification       )
Service, and the Disclosure of          )
Billing, Subscriber, Air Time,          )
and Cell Site Information               )
                                        )

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion to Unseal the documents filed in 2:07-sw-00116 EFB is GRANTED as follows:

    the Orders and Sealing Orders are unsealed without restriction;

HOWEVER,

    the <u>unredacted</u> Applications are to remain under seal until further order of the Court; and

    the Clerk may file publicly the <u>redacted</u> versions of the Applications, which are appended hereto.

IT IS SO ORDERED.

DATED: _July 3_, 2007

                                  EDMUND F. BRENNAN
                                  United States Magistrate Judge